

# In the Missouri Court of Appeals
## Eastern District

SEPTEMBER 16, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99767     STATE OF MISSOURI, RES V BRANDON D. JACKSON, APP

2.  ED100209 FIREMEN'S RETIREMENT ET AL, APP V CITY OF STL, RES

3.  ED100314 STATE OF MISSOURI, RES V MICHAEL GRIMES, APP

4.  ED100608 JASON W. O'BARR, APP V. DAVID COBBLE, JR., RES

5.  ED100725 COLLECTOR OF REVENUE, RES V. PARCELS OF LAND, DFT

6.  ED100808 SAUNDRA HENNINGS, APP V STATE OF MISSOURI, RES

7.  ED100957 RONALD HERBERT, RES V SECOND INJURY FUND, APP

8.  ED101128 ADAM L. DERBY, APP V STATE OF MISSOURI, RES


WITHDRAWALS

1.  ED97810 PATRICK BLANKS, RES V FLUOR CORPORATION, APP